UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINA L. DANIEL,
a/k/a CHRISTINA MARTINEZ,

      Plaintiff,                                    CASE NO. 12-10297
                                                  Judge Lawrence P. Zatkoff

-v-

COMMISSIONER
OF SOCIAL SECURITY,

      Defendant.
_____/

**OPINION AND ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

       Plaintiff filed the instant action seeking Social Security Disability Insurance Benefits and Supplemental Security Income. This matter is currently before the Court on Magistrate Judge Mark A. Randon's Report and Recommendation of January 23, 2013 (Docket #10), wherein the Magistrate Judge recommends that Plaintiff's Motion for Summary Judgment be granted in part, Defendant's Motion for Summary Judgment be denied, and that the case be remanded to Defendant for review and consideration by the Administrative Law Judge ("ALJ") of new and material evidence from two of Plaintiff's treating physicians that the ALJ did not consider previously. Neither party has filed any objections to the Report and Recommendation.

       After a thorough review of the court file, the parties' respective motions and the Report and Recommendation, this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of this Court. Therefore, IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment is DENIED, and Plaintiff's Motion for Summary Judgment is GRANTED IN PART. In addition, pursuant to 42 U.S.C. § 405(g), the Court hereby REMANDS this matter to Defendant for review and consideration of the records of Doctor Scheiber and Doctor Ottoni.

       IT IS SO ORDERED.

                                                                         S/Lawrence P. Zatkoff
                                                                        LAWRENCE P. ZATKOFF
Dated: February 14, 2013                       UNITED STATES DISTRICT JUDGE